**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____

JAIME MANON ESQUIVEL,

     Petitioner,

v.                                   No. 1:26-cv-00126-MLG-JFR

RAY CARNES, Warden,
Torrence County Detention Center; et al.,

     Respondents.

**ORDER FOR REPORT REGARDING STATUS OF PETITIONER
AND BRIEFING AS TO MOOTNESS**

This matter is before the Court sua sponte. The Court issued an Order Lifting Injunction on Transfer on May 20, 2026. The Court lifted its previous order enjoining Respondents from transferring Petitioner Jaime Manon Esquivel outside the District of New Mexico during the pendency of his habeas proceedings. Doc. 19 at 1-2. The injunction was lifted because Respondents represented they were going to facilitate Manon Esquivel's voluntary departure. Doc. 19 at 1; Doc. 18 at 1. The Court's Order Lifting Injunction on Transfer required Respondents to file a status report within three days after Manon Esquivel's removal. Doc. 19 at 2. Respondents have not filed any status reports as of the date of this Order. *See generally* Docket.

Respondents are hereby ordered to file a report with the Court providing the custodial status of Manon Esquivel. If Manon Esquivel has been removed from the United States, the report shall provide the date of Manon Esquivel's deportation and address whether the pending Motion to Enforce Judgment ("Motion to Enforce"), Doc. 15, is moot. If Manon Esquivel has not been deported, Respondents and Manon Esquivel shall file supplemental briefing addressing whether

2

the Motion to Enforce is moot given his scheduled removal. Respondents shall file their pleading regarding Manon Esquivel's custodial status and the mootness of the Motion to Enforce by Wednesday, July 1, 2026. If Manon Esquivel has not been deported, his pleading addressing whether his Motion to Enforce is moot shall be due July 8, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA