**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JAIME MANON ESQUIVEL,

Petitioner,

v. No. 1:26-cv-00126-MLG-JFR

RAY CARNES, Warden,
Torrence County Detention Center; et al.;

Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal (Doc. 22) filed in this matter, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA